Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E : youssef@pricelawgroup.com
E : tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Emy Franco*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMY FRANCO,<br><br>              Plaintiff,<br><br>      v.<br><br><br>CREDIT ONE BANK, N.A.; and<br>DOES 1-10,<br><br>              Defendants. | Case No.: 8:20-cv-00084-DOC-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CREDIT ONE BANK, N.A.** |

**PLEASE TAKE NOTICE** that Plaintiff Emy Franco, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the action against Defendant Credit One Bank, N.A. without prejudice.

The Defendant Credit One Bank, N.A. filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.


Respectfully submitted this 19th day of March 2020.


**PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Emy Franco*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

*/s/ Lia Ruggeri*